UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 01, 2025

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
ATLANTA, GA 30303-3309

Appeal Number: 25-13158-JJ
Case Style: Gaudalupe Cano v. Does 1 to 10
District Court Docket No: 1:24-cv-03793-TRJ

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 25-13158-JJ

_____

GAUDALUPE CANO,
individually as a representative of a class of
participants and beneficiaries on behalf of
The Home Depot FutureBuilder Plan,

                                                            Plaintiff - Appellant,

versus

THE HOME DEPOT, INC.,
THE ADMINISTRATIVE COMMITTEE OF
THE HOME DEPOT FUTUREBUILDER,
DOES 1 TO 10,
inclusive,

                                                            Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellant Gaudalupe Cano is GRANTED by clerk [10612394-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective December 01, 2025.

                                            DAVID J. SMITH
                        Clerk of Court of the United States Court
                            of Appeals for the Eleventh Circuit

                                                                 FOR THE COURT - BY DIRECTION